AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Demetrius McWhorter,

                Plaintiff,

V.

Countrywide Home Loans, Inc., et al.,

                Defendants.

**JUDGMENT IN A CIVIL CASE**
**FOR ATTORNEY'S FEES**

Case Number: 2:11-cv-00892-JCM -CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Judgment for Attorney's Fees is entered in favor of Plaintiff Demetrius McWhorter and against Intervenor Plaintiff The Bank of New York Mellon in the amount of $500.00.

| August 29, 2011 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Aaron Blazevich |
| | (By) Deputy Clerk |